■ HOME BOX OFFICE, INC., Respondent-Appellant, v BUTCH LEWIS PRODUCTIONS, INC., et al., Appellants-Respondents, and DON KING PRODUCTIONS, INC., et al., Appellants, and GERALD A. COONEY et al., Intervenors-Respondents, et al., Defendant.— Two orders, Supreme Court, New York County (Elliott Wilk, J.), both entered on March 26, 1987, unanimously affirmed, without costs and without disbursements, and appeal from order of said court entered on December 23, 1986 unanimously dismissed, without costs and without disbursements, as moot. No opinion. Concur—Kupferman, J. P., Ross, Rosenberger and Smith, JJ.